B6C (Official Form 6C) (4/13)

In re   DEREK B JOHNSON ,   Case No.   13-45059
                                 Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead located at: 2630 2nd Ave. S. Minneapolis, Minnesota 55408 | 11 U.S.C. § 522(d)(1) | 12,777.00 | 157,000.00 |
| Unit No. 2630, Condominium No. 543, Twin Gable Condominium, a condominium located in Hennepin County, Minnesota. | | | |
| FMV: July 1, 2013 Comparative Market Analysis- $157,000 | | | |
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| US Bank checking | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| US Bank savings account | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Wings Credit Union savings account | 11 U.S.C. § 522(d)(5) | 0.00 | 10.00 |
| Wells Fargo checking account | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| Wells Fargo business checking account | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| Wells Fargo business savings account | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | 11 U.S.C. § 522(d)(3) | 650.00 | 650.00 |
| Computer | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | 11 U.S.C. § 522(d)(3) | 25.00 | 25.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| PERA through employer- $11,291.21 as of June 20, 2013 (not property of the estate) no value | 11 U.S.C. § 522(d)(12) | 0.00 | 0.00 |
| **Accounts Receivable** | | | |
| Accounts receivable | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Anticipated 2013 tax refund $880 (approx. 83% earned as of filing date) | 11 U.S.C. § 522(d)(5) | 730.00 | 880.00 |

   1   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   DEREK B JOHNSON , Case No.   13-45059
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Automobiles, Trucks, Trailers, and Other Vehicles | | | |
| 2006 Saturn Ion (64,000 Miles) | 11 U.S.C. § 522(d)(2) | 3,516.00 | 4,431.00 |
| Machinery, Fixtures, Equipment and Supplies Used in Business | | | |
| Massage table: $100; massage chair: $85 | 11 U.S.C. § 522(d)(6) | 185.00 | 185.00 |

Total: 18,303.00    163,601.00
~~14,787.00~~    ~~159,170.00~~

Sheet   1   of   1   continuation sheets attached to the Schedule of Property Claimed as Exempt

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:                                                                                          Bkry Case No: 13-45059

Derek B. Johnson,                                                                       Chapter 7

          Debtor(s).

**UNSWORN CERTIFICATE**

**OF SERVICE**

I, Rhonda L. Juneski, employed by Hoglund, Chwialkowski and Mrozik PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on January 10, 2014, I served the amended Schedule C to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Derek B. Johnson
2630 – 2nd Avenue
Minneapolis, Minnesota  55408

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 10, 2014

Signed: /e/ Rhonda L. Juneski
        Legal Assistant

Uns7

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998 | BARCLAYS BANK DELAWARE<br>700 PRIDES XING<br>NEWARK DE 19713 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850 |
| COMMUNITY REINVESTMENT FUND<br>801 NICOLLET MALL<br>SUITE 1800 W<br>MINNEAPOLIS MN 55402 | STUDENT LOAN FINANCE CO/GLELSI<br>PO BOX 7860<br>MADISON WI 53707 | US BANK<br>PO BOX 790408<br>SAINT LOUIS MO 63179-0408 |
| WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES IA 50306 | WINGS FINANCIAL<br>14985 GLAZIER AVENUE STE 100<br>APPLE VALLEY MN 55124 | Minnesota Department of Revenue<br>Bankruptcy Section<br>PO Box 64447<br>St. Paul, MN  55164-0447 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131-1605 | US Bank<br>PO Box 5229<br>Cincinnati, OH  45201-5229 | |

Uns7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                             Bankruptcy Case Number: 13-45059

Derek B. Johnson,
                                                   **SIGNATURE DECLARATION**

Debtor(s).

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
(X) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
( ) MODIFIED CHAPTER 13 PLAN
( ) OTHER: (Please describe)_____
(X) **VERIFICATION:** I (we), Derek B. Johnson debtor(s) named in the attached amended schedule(s), declare under penalty of perjury that the foregoing is true and correct.

I[We] Derek B. Johnson, the undersigned debtor(s) or authorized individual, *hereby declare under penalty of perjury* that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct. I consent to my attorney electronically filing my petition, a scanned image of this declaration, statements, and schedules, amendments, and/or chapter 13 plan, as indicated above, with the United States Bankruptcy Court. I understand that a scanned image of this declaration is to be converted to PDF, and either inserted as the last page in the electronic submission or electronically submitted within five days after the above-named document have been electronically submitted.

[ ] [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[ ] [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in the petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Date: 1/9/2014

_____                     _____
Signature of Debtor or Authorized Individual      Signature of Joint Debtor

Derek B. Johnson                                  _____
Printed Name of Debtor or Authorized Individual   Printed Name of Joint Debtor

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /s/ Robert J. Hoglund
Robert J. Hoglund     #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929